

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-23-00001-CV

_____

CRISTAL BLAIN, APPELLANT

V.

KELBY MADRID, APPELLEE

On Appeal from the 69th District Court
Sherman County, Texas
Trial Court No. 5704, Honorable Kimberly L. Allen, Presiding

May 22, 2023

## MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Cristal Blain, appeals from the trial court's order. Now pending before this Court is Blain's unopposed motion seeking voluntary dismissal of the appeal. The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against

Blain.  *See* TEX. R. APP. P. 42.1(d).  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam